FILED'05 DEC 21 09:14 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MAXIE A. MOORE,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES DANIELS, et al.,<br><br>    Defendants. | Civil No. 05-195-CO<br><br>ORDER |

  Magistrate Judge John P. Cooney filed his Findings and Recommendation on October 27, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1  - ORDER

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. Defendants' amended motion to dismiss plaintiff's claims for failure to properly serve defendants (#24) is denied without prejudice. Plaintiff is allowed 60 days from the date of this order to cure any defects in service or to serve defendants in accordance with the rules discussed in the Findings and Recommendation or any other method of service authorized by the Federal Rules or the Oregon Rules of Civil Procedure.

IT IS SO ORDERED.

DATED this 20th day of Dec., 2005.

_Michael L. Hogan_
UNITED STATES DISTRICT JUDGE