FILED'06 MAR 27 15:53USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MAXIE MOORE, )
 )
       Plaintiff, )
 ) Civil No. 05-195-CO
v. )
 ) ORDER
CHARLES DANIELS, et al., )
 )
       Defendants. )
_____ )

    Magistrate Judge John P. Cooney filed his Findings and Recommendation on March 2, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1   - ORDER

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. This action is dismissed on the grounds set forth in the court's Findings and Recommendation.

IT IS SO ORDERED.

DATED this 27th day of March, 2006.

Michael L. Hogan
UNITED STATES DISTRICT JUDGE